UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-09881-RGK-JEM | Date | March 1, 2021 |
|---|---|---|---|
| Title | *Brian Whitaker v. Pasadena Restaurant, Inc. et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:
Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE & ORDER OF CONTINUANCE**

On January 8, 2021, Plaintiff filed an Application for Default Judgment against Defendant Pasadena Restaurant, Inc. (ECF No. 48), which the Court denied due to Plaintiff's failure to comply with the requirements of Rule 55 of the Federal Rules of Civil Procedure. (*See* ECF No. 51). Though the Court denied Plaintiff's Application, Defendant remains in default. Yet Plaintiff has failed to file a renewed Application for Default Judgment.

Any renewed Application for Default Judgment shall be filed no later than **Friday, March 5, 2021**. Failure to timely move for default judgment or to remedy the deficiencies in Plaintiff's previous application may result in immediate dismissal of Plaintiff's Complaint for failure to prosecute.

The Pretrial Conference and Court Trial, currently set for March 8, 2021 and March 16, 2021, respectively, are hereby VACATED.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer